CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
M. Bo Griffith (Bar No. 315357)
(E-Mail:Bo_griffith@fd.org)
Deputy Federal Public Defender
411 W. Fourth St., Suite 7110
Santa Ana, California 92701
Telephone: (714) 338-4500
Facsimile: (714) 338-45

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 28 2022

CENTRAL DISTRICT OF CALIFORNIA
BY   DTA   DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

IN RE APPOINTMENT OF COUNSEL

Case No. SA-22mj654-DUTY

**EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL**

John Dooley, by and through Deputy Federal Public Defender M. Bo Griffith, hereby applies to the Court for an Order appointing the Federal Public Defender to represent him. Mr. John Dooley is currently the target of an investigation by the United States Attorney's Office and seeks counsel to assist him in this matter. This application is based on the attached Declaration of Counsel and Mr. Dooley's concurrently lodged financial affidavit.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATE: September 28, 2022     By _____
M. Bo Griffith
Deputy Federal Public Defender

MEMORANDUM OF POINTS AND AUTHORITIES

The Criminal Justice Act, 18 U.S.C. § 3006A, requires district courts to operate "a plan for furnishing representation for any person who is financially unable to obtain adequate representation" in accordance with specified circumstances. 18 U.S.C. § 3006A(a). Among the circumstances in which the Criminal Justice Act mandates the appointment of counsel for financially eligible persons are when the person "is entitled to appointment of counsel under the Sixth Amendment to the Constitution," 18 U.S.C. § 3006A(a)(1)(H), and when the person "faces loss of liberty in a case, and Federal Law required the appointment of counsel..." 18 U.S.C. § 3006A(c).

In determining whether legal representation is "reasonably necessary" the Court should consider several objectives, including the protection of a Constitutional right, a significant contribution to the defense of the principal criminal charge, and/or the preparation for the trial or disposition of the principal criminal charge. *See* Administrative Office of U.S. Courts, *Guide to Judiciary Policies & Procedures*, Vol. VII, Ch. II, Pt. A, § 2.01(F)(5).

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATE: September 28, 2022    By /s/ M. Bo Griffith

M. Bo Griffith
Deputy Federal Public Defender

## DECLARATION OF COUNSEL

I, Bo Griffith, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. The Office of the Federal Public Defender was contacted by Mr. John Dooley. Mr. Dooley has advised our office that he seeks the assistance of counsel. Lodged separately as Exhibit A is a financial affidavit executed by Mr. Dooley.

3. On 04/06/2022 Mr. Dooley and co-defendant Robert Nash were charged with an Information in case 2:22-CR-00127-CJC, however, Mr. Dooley has not been arraigned, and has not consented to the Information. Because Mr. Dooley has not made an initial appearance in case number 2:22-CR-00127-CJC, nor consented to proceed by Information, I am not seeking appointment under that case number.

4. After consenting to proceed by Information, on 06/06/2022 co-defendant Robert Nash pled guilty to the Information.

5. I have confirmed with AUSA Aaron Frumkin that Mr. Dooley remains the target of this federal criminal investigation, and is currently not indicted. It is my understanding that the government wishes to engage in pre-indictment negotiations with Mr. Dooley for which I believe Mr. Dooley should have the assistance of counsel.

6. Mr. Dooley seeks legal advice as to whether or not to consent to the Information, and also requests representation in the event he is indicted or consents to the Information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2022, at Santa Ana, California.

M. Bo Griffith
Deputy Federal Public Defender

3